**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00151-CV**
_____

**IN RE JAMES RUBIO**

_____

**Original Proceeding**
**435th District Court of Montgomery County, Texas**
**Trial Cause No. 11-04-04400-CV**
_____

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, James Rubio complained that the trial court failed to rule on an application for a writ of habeas corpus that Rubio filed as a challenge to a 2011 civil commitment order. We requested a response from the State of Texas. In its response, the State provided a copy of the trial court's June 27, 2022 order denying Rubio's application for a writ of habeas corpus.[1] Thus, Rubio's

---

[1] The order denying the application for a writ of habeas corpus neither states that the writ had issued nor that the trial court held an evidentiary hearing on the application. *See Ex parte Miller*, No. 09-08-00194-CV, 2008 WL 5780816 at *1 (Tex. App.—Beaumont Apr. 2, 2009, no pet.) (dismissing appeal challenging the trial court's denial of his application for a writ of habeas corpus).

1

complaint that the trial court failed to rule on his application for a writ of habeas corpus is moot.

After considering the petition and the record, we conclude the relator has not shown that he is presently entitled to mandamus relief because he has already received all the relief that he requested in his petition to this Court. Accordingly, we deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on July 27, 2022
Opinion Delivered July 28, 2022

Before Kreger, Horton and Johnson, JJ.

2